AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ALEX JARED ZWIEFELHOFER and<br>CRAIG AUSTIN LANG<br><br>*Defendant* | )<br>)<br>) Case No.  2:19-mj- 1098-NPM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ALEX JARED ZWIEFELHOFER                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Violence;<br>Interference with Commerce by Violence |
| 18 U.S.C. §§ 924(c)(1)(A)(iii),<br>(j)(1) and (o) | Conspiracy to Use a Firearm During a Crime of Violence;<br>Use and Discharge of a Firearm During and in Relation to a Crime of Violence which<br>Resulted in the Death of a Person |

Date:  8-16-19

*Issuing officer's signature*

City and state:  Fort Myers, Florida          Nicholas P. Mizell, U.S. Magistrate Judge
                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* 8-19-19, and the person was arrested on *(date)* 9-6-19
at *(city and state)* Madison, WI/W.

Date: 9-6-19

*Arresting officer's signature*

Daniel Andujar  DUSM
*Printed name and title*